Joyce Ellen Rosendahl
California State Bar No. 242807
P.O. Box 15966
Newport Beach, CA 92659
Phone: 949-922-9462
Fax: 949-480-0062
Attorney for Plaintiff Mohammad A. Salameh

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
NOV - 1 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

MOHAMMAD A. SALAMEH,

Plaintiff(s)

v.

PETER CARLSON et al.,

Defendant(s).

CASE NUMBER

CV-98-8493-SVW-MLG

**APPLICATION FOR WRIT OF HABEAS CORPUS**

☐ AD PROSEQUENDUM  ☑ AD TESTIFICANDUM

The undersigned ☐ Assistant United States Attorney ☑ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum for:

Name of Detainee: Fadil Abdelgani
  Alias: n/a
BOP/Booking No: Reg. No. 34849-054
  Detained by:  ☑ Warden R. Wiley
      ☐ Other
  Detained at: USP Florence ADMAX, 5880 Highway 67 South, Florence, CO 81226
      *(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on _____January 8, 2008_____ at _____9:00 a.m._____ before the Honorable Stephen V. Wilson _____ Judge/Magistrate Judge.

Location:   ☐ U.S. District Court Central District of California
          *(Court Address)*
      ☑ Other By simultaneous videoconference from USP Florence ADMAX
          *(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: 10/15/2007          /s/ Joyce Ellen Rosendahl
                    *Signature of attorney*

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER) MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.*

## CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, hereby certify that on this  16TH  day of October 2007, in the city of Newport Beach, California, I deposited, postage-prepaid and first class, in the United States Mails, the foregoing APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM, (PROPOSED) ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM, and WRIT OF HABEAS CORPUS AD TESTIFICANDUM, addressed to the following:

Katherine M. Hikida
Assistant United States Attorney
U.S. Department of Justice
300 North Los Angeles Street, Room 7516
Los Angeles, CA  90012

Joyce Ellen Rosendahl
Law Offices of Joyce Ellen Rosendahl
P.O. Box 15966
Newport Beach, CA 92659
Telephone: 949-922-9462
Fax: 949-480-0062

-1-