# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

Case No.  CV 1998-08493-SVW(MLGx)                                Date  1/8/08

Title:  Mohammad Salameh vs. Peter Carlson, et al.

Present: The Honorable  Stephen V. Wilson

| Paul Cruz/Sharon Hall-Brown | Deborah Gackle |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

Attorneys Present for Plaintiff(s):                    Attorneys Present for Defendants:

___1st___ Day Court Trial   _____ Day Jury Trial

- [x] One day trial:  ___ Begun (1st day);  ___ Held & Continued;  [x] Completed by jury verdict/submitted to court.
- ___ The Jury is impaneled and sworn.
- [✓] Opening statements made by  Plaintiff and defense counsel
- [✓] Witnesses called, sworn and testified.  [✓] Exhibits Identified  [✓] Exhibits admitted.
- [✓] Plaintiff(s) rest.  [✓] Defendant(s) rest.
- ___ Closing arguments made by  ___ plaintiff(s)  ___ defendant(s).  ___ Court instructs jury.
- ___ Bailiff(s) sworn.  ___ Jury retires to deliberate.  ___ Jury resumes deliberations.
- ___ Jury Verdict in favor of  ___ plaintiff(s)  ___ defendant(s) is read and filed.
- ___ Jury polled.  ___ Polling waived.
- ___ Filed Witness & Exhibit Lists  ___ Filed jury notes.  ___ Filed jury instructions.
- ___ Judgment by Court for  ___ plaintiff(s)  ___ defendant(s).
- [✓] Findings, Conclusions of Law & Judgment to be prepared by  ___ plaintiff(s)  [✓] defendant(s).
- ___ Case submitted.  ___ Briefs to be filed by
- ___ Motion to dismiss by ___ is ___ granted.  ___ denied.  ___ submitted.
- ___ Motion for mistrial by ___ is ___ granted.  ___ denied.  ___ submitted.
- ___ Motion for Judgment/Directed Verdict by ___ is ___ granted.  ___ denied.  ___ submitted.
- ___ Settlement reached and placed on the record.
- [✓] Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- [✓] Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- ___ Trial subpoenaed documents returned to subpoenaing party.
- ___ Case continued to ___ for further trial/further jury deliberation.
- [✓] Other:  Judgment is for defendants. Court finds that plaintiff did not meet burden of proof.

                                                              07 : 10
                                   Initials of Deputy Clerk    pc/sahb

cc: