# LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 98-8493 SVW(MLGx) | Title | MOHAMMED SALAMEH v JASON SWANSON, et al. |
|---|---|---|---|
| Judge | Stephen V Wilson | | |
| Dates of Trial or Hearing | January 8, 2008 | | |
| Court Reporters or Tape No. | Deborah Gackle | | |
| Deputy Clerks | Paul Cruz/Sharon Hall-Brown | | |

FILED CLERK U.S. DISTRICT COURT JAN - 8 2008 CENTRAL DISTRICT OF CALIFORNIA BY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Joyce Ellen Rosendahl | Katherine M Hikida |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | see attached | |

JOYCE ELLEN ROSENDAHL
California State Bar No: 242807
Attorney for MOHAMMAD A. SALAMEH
Law Offices of Joyce Ellen Rosendahl
P.O. Box 15966
Newport Beach, CA 92659
Phone: 949-922-9462
Fax: 949-480-0062
Email: joycerosendahl@rosendahl-law.com

FILED

2007 SEP 10 PM 2:50

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ______

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOHAMMAD A. SALAMEH, Plaintiff, v. PETER CARLSON, et al., Defendants. | Case No.: CV 98-8493 SVW(MLGx) PLAINTIFF'S WITNESS LIST Trial: October 16, 2007 at 9:00 a.m. |

In accordance with Local Rule 16-5, Plaintiff Mohammad A. Salameh hereby submits the names, addresses, and telephone numbers of his witnesses, including expert witnesses, to be called at trial, other than those contemplated to be called for impeachment.

| NAME | ADDRESS | TELEPHONE |
| --- | --- | --- |
| Mohammad A. Salameh<br>JAN - 8 2008 | Reg. No. 34338-054<br>USP Florence ADMAX<br>P.O. Box 8500<br>Florence, CO 81226 | 719-784-9464 |
| Fadil Abdelgani<br>JAN - 8 2008 | Reg. No. 34849-054<br>USP Florence ADMAX<br>P.O. Box 8500<br>Florence, CO 81226 | 719-784-9464 |

Dated: September 10, 2007.

Respectfully submitted,

Joyce Ellen Rosendahl
Attorney for Plaintiff Mohammad A.Salameh
California State Bar No. 242807
P.O. Box 15966
Newport Beach, CA 92659
Phone: 949-922-9462
Fax: 949-480-0062

# CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, hereby certify that on this 10th day of September 2007, in the city of Newport Beach, California, I deposited, postage-prepaid and first class, in the United States Mails, the foregoing PLAINTIFF'S WITNESS LIST addressed to the following:

Katherine M. Hikida
Assistant United States Attorney
U.S. Department of Justice
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012

Joyce Ellen Rosendahl
Joyce Ellen Rosendahl
Law Offices of Joyce Ellen Rosendahl
P.O. Box 15966
Newport Beach, CA 92659
Telephone: 949-922-9462

GEORGE S. CARDONA
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHERINE M. HIKIDA
Assistant United States Attorney
Cal. Bar No. 153268
300 North Los Angeles Street
Room 7516, Federal Building
Los Angeles, California 90012
Telephone: (213) 894-2285
Facsimile: (213) 894-7819
katherine.hikida@usdoj.gov

Attorneys for Federal Defendant
Jason Swanson

FILED
CLERK U.S. DISTRICT COURT
SEP 10 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MOHAMMAD SALAMEH,

Plaintiff,

v.

JASON SWANSON,

Defendant.

NO. CV 98-8493-SVW(MLGx)

JOINT EXHIBIT LIST

[LOCAL RULE 16-6.1]

Pretrial Conference: 10/1/07 at 1:30 p.m.
Trial: 10/16/07 at 9:00 a.m.

Before the Honorable
Stephen V. Wilson

Mohammad Salameh v. Jason Swanson, CV 98-8493-SVW(MLGx)

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 4 | Inmate Injury Assessment and Follow-up Form re: Mohammed Salameh dated 6/17/98 | JAN - 8 2008 | JAN - 8 2008 |
| *5 | Statement by Anthony Garrett dated 7/5/98 OBJECTED TO. | | |
| 6 | Statement by Fadil Abdelgani dated 6/18/98 OBJECTED TO. | | |
| 7 | Statement by William Hanna no date OBJECTED TO. | | |
| *8 | Statement by Ronnie Hardison dated 6/17/98 OBJECTED TO. | | |
| 10 | Video of Mohammad Salameh's Route on June 17, 1998 at USP Lompoc | JAN - 8 2008 | JAN - 8 2008 |
| 11 | Still Shots from the Video of Various Gates, Doors, Corridors, and Stairs | | |
| 12 | Administrative Detention Order re: Mohammad Salameh dated 6/17/98 | JAN - 8 2008 | JAN - 8 2008 |
| 13 | Mohammad Salameh Handwritten Drawings Illustrating Handcuff Marks on Wrists of Right and Left Hand OBJECTED TO. | | |
| 14 | Health Record(Treatment Notes) re: Mohammad Salameh dated 7/9/98 OBJECTED TO. | | |
| ~~15~~ | ~~Eye Exam re: Mohammad Salameh dated 9/28/95~~ | | |
| ~~16~~ | ~~Consultation Sheet and Report re: Mohammad Salameh dated 4/29/98~~ | | |
| 17 | Consultation Sheet and Report re: Mohammad Salameh dated 9/25/00 OBJECTED TO. | | |
| 18 | Mohammad Salameh's Islamic Burial Arrangements Declaration dated 1/6/96 | | |

Mohammad Salameh v. Jason Swanson, CV 98-8493-SVW(MLGx)

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 19 | Mohammad Salameh's Muslim Will Statement/Islamic Funeral and Burial Arrangements Declaration 6/9/98 | JAN - 8 2008 | JAN - 8 2008 |
| 20 | DHO Report re: Mohammad Salameh Incident Report 575737 dated 4/14/98 OBJECTED TO. | | |
| 21 | Inmate History Quarters re: Mohammad Salameh dated 9/22/99 | | |
| 22 | Inmate History Work Detail re: Mohammad Salameh dated 6/3/99 | | |
| 23 | Special Housing Review re: Mohammad Salameh dated 6/24/98 | JAN - 8 2008 | JAN - 8 2008 |
| 24 | 6/18/98 Letter from Mohammad Salameh to Senator Edward Kennedy OBJECTED TO. | | |
| 25 | 6/21/98 Letter from Mohammad Salameh to Jerry Craber OBJECTED TO. | | |
| 26 | 6/22/98 Letter from Mohammad Salameh to T.J. Bondurant OBJECTED TO. | | |
| 27 | 6/23/98 Letter from Mohammad Salameh to Michael Shaheen OBJECTED TO. | | |
| 28 | 6/27/98 Letter from Mohammad Salameh to John Shattuck OBJECTED TO. | | |
| 29 | 7/15/98 Letter from Wallace Cheney to Mohammad Salameh OBJECTED TO. | | |
| 30 | Undated Letter from T.J. Bondurant to Mohammad Salameh OBJECTED TO. | | |
| 31 | 8/11/98 Letter from DOJ Special Litigation Section to Mohammad Salameh OBJECTED TO. | | |
| 32 | Investigative Report 98026S re: Allegation of Physical Abuse of an Inmate dated November 5, 1998 | JAN - 8 2008 | JAN - 8 2008 |

Mohammad Salameh v. Jason Swanson, CV 98-8493-SVW(MLGx)

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 33 | Sentence Monitoring Computation Data for Mohammad Salameh | | |
| 34 | Inmate Discipline Data/ Chronological Disciplinary Record for Mohammad Salameh | | |
| 35 | USP Lompoc Daily Assignment Roster for 6/17/98 | | |
| 36 | USP Lompoc "I" Housing Unit Logbook Entries for 6/17/98 | JAN - 8 2008 | JAN - 8 2008 |
| 37 | Standard Form 600 Back re: Mohammad Salameh by FMG/P.A. Mahesh Patel dated 6/24/98 | JAN - 8 2008 | JAN - 8 2008 |
| 38 | Dr. Philip Ente's Letter to Dr. Sterling Pollock re: Mohammad Salameh dated 4/10/00 | JAN - 8 2008 | JAN - 8 2008 |
| 39 | Dr. Philip Ente's Resume/Curriculum Vitae | JAN - 8 2008 | JAN - 8 2008 |
| 40 | BOP Program Statement No. 5566.05 (and Change Notice) re: Use of Force and Application of Restraints on Inmates | JAN - 8 2008 | JAN - 8 2008 |
| 41 | BOP Program Statement No. 5270.07 (and Change Notices) re: Inmate Discipline and Special Housing | JAN - 8 2008 | JAN - 8 2008 |
| 42. | Certified copy of Complaint Mohamad v Adams | JAN - 8 2008 | |

DATED: September 7, 2007.

LAW OFFICES OF JOYCE ELLEN ROSENDAHL

JOYCE ELLEN ROSENDAHL

Attorneys for Plaintiff
Mohammad A. Salameh

DATED: September 7, 2007.

GEORGE S. CARDONA
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

KATHERINE M. HIKIDA
Assistant United States Attorney

Attorneys for Federal Defendant
Jason Swanson

CERTIFICATE OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles St., Suite 7516, Los Angeles, CA 90012. On September 10, 2007, I served a copy of: **JOINT EXHIBIT LIST** on each person or entity named below by enclosing a copy in an envelope addressed as shown and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: September 10, 2007. Place of mailing: Los Angeles, California. Person(s) and/or Entity(s) to Whom mailed:

**Joyce Ellen Rosendahl**
**P. O. Box 15966**
**Newport Beach, CA 92659**

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose directions the service was made. Executed on: September 10, 2007, in Los Angeles, California.

[signature]
MARGARET BARCELA

GEORGE S. CARDONA
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHERINE M. HIKIDA
Assistant United States Attorney
California State Bar No. 153268
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2285
Facsimile: (213) 894-7819
katherine.hikida@usdoj.gov

Attorneys for Federal Defendant
Jason Swanson

FILED
CLERK U.S. DISTRICT COURT
SEP 10 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MOHAMMED SALAMEH,

Plaintiff,

v.

JASON SWANSON,

Defendant.

NO. CV 98-8493 SVW(MLGx)

**DEFENDANT JASON SWANSON'S WITNESS LIST**

[Local Rule 16-5]

Pretrial Conference: 10/1/07 at 1:30 p.m.
Trial: 10/16/07 at 9:00 a.m.

Before the Honorable Stephen V. Wilson

In accordance with Local Rule 16-5, federal defendant Jason Swanson hereby submits his list of names, addresses, and telephone numbers of witnesses (including expert witnesses) to be called at trial other than those contemplated to be used for impeachment or rebuttal.

| NAME | ADDRESS | TELEPHONE |
|---|---|---|
| Jamie Bengford JAN - 8 2008 | USP Coleman P.O. Box 1023 Coleman, FL 33521 | 352-689-6000 |
| Dr. Phillip Ente JAN - 8 2008 | 111 E. Ocean Avenue Suite 4A Lompoc, CA 93436 | 805-735-7623 |
| Joe Fitzmaurice JAN - 8 2008 | USP Lompoc 3901 Klein Blvd. Lompoc, CA 93436 | 805-737-3162 |
| Salvador Franco JAN - 8 2008 | USP Lompoc 3901 Klein Blvd. Lompoc, CA 93436 | 805-737-3162 |
| Robert Garcia JAN - 8 2008 | FCI Phoenix 37900 N. 45th Ave. Phoenix, AZ 85086 | 623-465-9757 |
| Bernie Janusz JAN - 8 2008 | USP Florence P.O. Box 7500 5880 State Highway 67 South Florence, CO 81226 | 719-784-9454 |
| Todd Manspeaker JAN - 8 2008 | ADX Florence P.O. Box 8500 Florence, CO 81226 | 719-784-9464 |
| Ed Navato JAN - 8 2008 | USP Lompoc 3901 Klein Blvd. Lompoc, CA 93436 | 805-737-3162 |
| Grethel Pagaduan JAN - 8 2008 | FCI Victorville II P.O. Box 5800 Adelanto, CA 92301 | 760-530-5700 |
| Mahesh Patel JAN - 8 2008 | USP Lompoc 3901 Klein Blvd. Lompoc, CA 93436 | 805-737-3162 |
| Mohammed Salameh | ADX Florence P.O. Box 8500 Florence, CO 81226 | 719-784-9464 |
| Jason Swanson JAN - 8 2008 | ADX Florence P.O. Box 8500 Florence, CO 81226 | 719-784-9464 |

| NAME | ADDRESS | TELEPHONE |
| --- | --- | --- |
| Raymond Velasquez | USP Lompoc<br>3901 Klein Blvd.<br>Lompoc, CA 93436 | 805-737-3162 |

JAN - 8 2008

Dated: September 7, 2007

GEORGE S. CARDONA
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

Katherine M. Hikida
KATHERINE M. HIKIDA
Assistant United States Attorney

Attorneys for Federal Defendant
Jason Swanson

CERTIFICATE OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles St., Suite 7516, Los Angeles, CA 90012. On September 10, 2007, I served a copy of: **DEFENDANT JASON SWANSON'S WITNESS LIST** on each person or entity named below by enclosing a copy in an envelope addressed as shown and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: September 10, 2007. Place of mailing: Los Angeles, California. Person(s) and/or Entity(s) to Whom mailed:

**Joyce Ellen Rosendahl**
**P. O. Box 15966**
**Newport Beach, CA 92659**

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose directions the service was made. Executed on: September 10, 2007, in Los Angeles, California.

MARGARET BARCELA